# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PRYMAS NAZRETH VAZ,

    Petitioner,

vs.

JEH JOHNSON, et al.,

    Respondents.

Case No. 2:16-cv-02594-JAD-NJK

**ORDER**

    Petitioner, a citizen of India who is subject to an order of removal from the United States, asks the court to issue a stay of the removal order. This court lacks jurisdiction to consider his claim. 8 U.S.C. § 1252.

    To the extent that a certificate of appealability is required, reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for lack of jurisdiction. The clerk of the court is directed to enter judgment accordingly and CLOSE THIS CASE.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: October 5, 2017

                                                             JENNIFER A. DORSEY
                                                             United States District Judge